No. 99. EDWARD H. CHAVELLE, AS TRUSTEE, ETC., *v.* WASHINGTON TRUST COMPANY. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Submitted December 18, 1918. Decided January 7, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 4 of the Act of January 28, 1915, c. 22, 38 Stat. 803, 804. See also *Schmitt* v. *Shadrach, ante,* p. 538. *Mr. E. C. Hughes* for appellant. *Mr. James B. Murphy* for appellee.

No. 100. ANDY SUNDAY ET AL. *v.* SIDNEY T. MALLORY ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Submitted December 18, 1918. Decided January 7, 1919. *Per Curiam.* Reversed with costs, except as to the one-sixth interest conveyed by Andy Sunday, as to which judgment is affirmed, upon the authority of *Brader* v. *James,* 246 U. S. 88; *Talley* v. *Burgess,* 246 U. S. 104. And see *David* v. *Youngken,* 250 Fed. Rep. 208; *Harris* v. *Bell,* 250 Fed. Rep. 209. *Mr. Assistant Attorney General Kearful, Mr. Joseph C. Stone* and *Mr. J. H. Langley* for appellants. *Mr. J. W. Zevely* for appellees.